UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23254-CIV-ALTONAGA/Reid

**SEATIME, LLC**,

    Plaintiff,
v.

**CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON SUBSCRIBING
TO UMR NO. B0750RMAMY2211305,
CERTIFICATE NO. SWY000469-00**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Seatime LLC's Notice of Pending, Refiled, Related, or Similar Actions [ECF No. 7], filed on August 30, 2024. As flagged in the Notice, there is another substantially similar action pending in the Southern District of Florida with the same or similar parties and counsel: Case Number 24-cv-22820. Resolution of that earlier action will likely render moot this case.

To conserve the parties' and judicial resources and prevent the likelihood of inconsistent rulings, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is instructed to mark this case as **CLOSED** for administrative purposes only. Any pending motions are denied as moot.

2. The Court retains jurisdiction, and the case may be restored to the active docket following resolution of Case Number 24-cv-22820, should any issues remain outstanding between the parties. This Order shall not prejudice the rights of the parties to this litigation.

CASE NO. 24-23254-CIV-ALTONAGA/Reid

3. Plaintiff shall furnish status reports every 60 days, beginning **October 29, 2024**, advising of the status of Case Number 24-cv-22820.

**DONE AND ORDERED** in Miami, Florida, this 30th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record