UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-23254-CIV-ALTONAGA/Reid

SEATIME, LLC,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON SUBSCRIBING
TO UMR NO. B0750RMAMY2211305,
CERTIFICATE NO. SWY000469-00,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, SEATIME LLC ("Seatime"), pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses this action without prejudice.

Dated: October 23, 2024

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Jose M. Ferrer*
Jose M. Ferrer, Esq.
Florida Bar No. 173746
jose@markmigdal.com
Desiree Fernandez, Esq.
Florida Bar No. 119518
desiree@markmigdal.com
eservice@markmigdal.com

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 23, 2024, a copy of the foregoing was electronically filed via the CM/ECF portal which will send electronic notification of the above filing to all registered users.

*s/ Jose M. Ferrer*
Jose M. Ferrer
